AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Safe Deposit Deposit Number 0590003803
located at the Anacostia Branch, Chevy Chase Bank
xxxxxxxxxxxxxxxxxxxx., Washington, D.C. 20020

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Adam L. Globerman    being duly sworn depose and say:

I am a(n)    Special Agent with the United States Secret Service    and have reason to believe
           (Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Safe Deposit Box 0590003803 located at the Anacostia Branch, Chevy Chase Bank, xxxxxxxxxxxxxx, Washington, D.C. 200020

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
counterfeit U.S currency, counterfeit paraphernalia, U.S. currency and materials utilized in counterfeiting process.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of criminal activity

concerning a violation of Title  18  United States Code, Section(s) 472 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Patricia Stewart
Federal Major Crimes Section
(202) 514-7064

Signature of Affiant
Adam L. Globerman, Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

_____     at Washington, D.C.
Date

_____     _____
Name and Title of Judicial Officer         Signature of Judicial Officer