**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT
FOR THE SAFETY DEPOSIT BOX LOCATED AT
CHEVY CHASE BANK, xxxxxxxxxxxxxxxxxxxxxxx
WASHINGTON, DC 20020**

I, Adam L. Globerman, being duly sworn and under oath, state the following:

**<u>INTRODUCTION</u>**

1.  I am a Special Agent of the United States Secret Service ("USSS") and have been so employed since January 18, 2000. Currently, I am assigned to the Washington Field Office, Maryland Investigative Team, in Washington, DC. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States.

2.  The facts and information contained in this affidavit are based upon my personal knowledge, observations of other government officials, witness interviews and other sources of information. I am familiar with all aspects of this investigation. Not all of the facts known to me or to the government are described in this affidavit.

3.  This affidavit is submitted in support of the Government's application for a search warrant to search a Chevy Chase safety deposit box, #0590003803, located at the Anacostia branch of Chevy Chase Bank, xxxx xxxxxxxxxxxx, Washington, DC 20020. Agents will search the safety deposit box for counterfeit U.S. Currency, counterfeiting paraphernalia, large amounts of genuine currency and material utilized in the counterfeiting process.

**DESCRIPTION OF THE LOCATION TO BE SEARCHED**

4. Safety deposit box #0590003803 is located at the Anacostia branch of Chevy Chase Bank, xxxxxxxxxxx Washington, DC 20020. Chevy Chase records show that this safety deposit box is assigned to David Wayne Williams.

**JUSTIFICATION FOR LOCATION TO BE SEARCHED**

5. Based on my knowledge, training and experience, individuals engaged in counterfeiting and financial crimes of similar nature keep instrumentalities and fruits of their crimes within their homes, vehicles and businesses, frequently moving them from one location to another to avoid apprehension or discovery.

6. I also know based on my knowledge, training and experience that individuals involved in the counterfeiting of Federal Reserve Notes use a wide range of computer, scanning and printing technologies, examples of which they keep in their homes, businesses and vehicles. In the case of "bleached" notes, they also use a variety of chemical and mechanical treatments. This is a complex process involving several steps and may often occur in stages and at different locations.

7. I also know based on my knowledge, training and experience that individuals involved in counterfeiting and other financial crimes often keep records and other information relating to their activities, including logs of sales and purchases, information on co-conspirators and accomplices, templates and models and the personal identifying information of potential victims and other people. This information and related materials may be in written or electronic form and may be stored in a variety of media and formats.

8.  I also know that based on my knowledge, training and experience that individuals involved in counterfeiting and other financial crimes often keep the proceeds of their illegal activity or records relating to them with or near their homes, vehicles and businesses.

## RESULTS OF INVESTIGATION

9.  An investigation was initiated on November 22, 2005 after Terry Leonard, a regional investigator with Sam's Club, contacted the Secret Service regarding counterfeit currency that was passed at several area Sam's Club locations. He stated that he had identified David Williams as the person who passed the counterfeit currency at the multiple Sam's Club locations. Leonard stated that on each occasion that counterfeit Federal Reserve Notes (currency) were passed at the Sam's Clubs, David Williams had been a patron in the store and had utilized the registers that later revealed counterfeit U.S. Currency. Further, on each occasion David Williams paid in cash and the payments included what appeared to be $100 Federal Reserve Notes. These transactions were recorded on videotape.

10. The counterfeit notes were found after Mr. Williams completed cash transactions on October 6, 2005, at the Sam's Club located in Gaithersburg, Maryland; on October 27, 2005, November 2, 2005, and November 9, 2005, at the Sam's Club located in Laurel, Maryland; and on November 17, 2005, at the Sam's Club located in Waldorf, Maryland.

11. The counterfeit currency on each occasion consisted of $5 notes on which the printing had been bleached out through chemical and mechanical processes and new printing, consistent with that on $100 Federal Reserve Notes, had been applied. The bills all contained the same serial number.

12. David Williams is the listed owner of the "No Rulez Laundromat, LLC," located at xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Maryland 20784. Mr. Williams utilized

a Sam's Club membership that is registered under the business name "No Rulez Laundromat" with an address of xxxxxxxxxxxxxxxxxxxx, in Prince George's County. The membership lists David Williams as the owner and authorized representative. On each occasion, David Williams purchased vending machine items that could have been used in his business. Official bank records and data searches to include the Maryland Department of Assessment and Taxation indicate that David Wayne Williams is the owner/operator of a second "No Rulez Laundromat" located at xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Maryland 20784.

13. The Sam's Club bank investigator reported that surveillance video showed David Williams entering and operating a white van that has been observed parked at his business located at xxxxxxxxxxxxxxxxxxxxxxxx Glenarden, MD. This is a white 2003 Ford van, Maryland license 14N586. It is registered to Mr. Williams at the xxxxxxxxxxxxxxxx business address.

14. David Williams lives at xxxxxxxxxxxxxxxxxxx Bowie, Maryland 20720. The address of his residence was obtained through the Maryland Department of Assessment and Taxation. This was also confirmed through additional data checks from a variety of sources, including observation by Terry Leonard, the investigator for Sam's Club. The white 2003 Ford van, Maryland license 14N586 has also been observed parked at that location.

15. On 11/29/2005, I obtained a search and seizure warrant for David Williams's residence located at xxxxxxxxxxxxxxxxxxxxx Bowie, MD from Prince George's County Circuit Court Judge Shepherd. Additional search warrants were obtained for Williams's 2003 White Ford Van and his business named No Rulez Laundromat located at xxxxxxxxxxxxxxxxxxxxxxxxx Glenarden, MD.

16. On 11/29/2005, Special Agent Boccia, Baltimore Filed Office, obtained an arrest warrant for David Williams from the Anne Arundel County, MD District Court Commissioner for 3 counts of passing counterfeit currency/theft.

17. On 11/30/2005, Special Agent Boccia conducted a traffic stop on David Williams's vehicle and with my assistance took Williams into custody. Williams was transported to the Prince George's County Police Department District Three station for questioning. Williams waived his rights to counsel and agreed to cooperate with the interview. During the interview process Williams stated that he stores over $20,000 in currency in a safety deposit box located at the Chevy Chase bank in Anacostia in an attempt to avoid paying tax on that income. Williams also stated the he maintains two business locations in Prince George's County, Maryland. The first location is xxxxxxxxxxxxxxxxxxx Glenarden, MD and second location being xxxxxxxxxxxxxxxxxxxxs, Maryland 20784. The interview process was stopped when Williams invoked his right to counsel. Williams was then transported to the Prince George's County Detention Center to complete the arrest warrant processing.

18. On the same date, other agents and I executed the search warrants on David Williams's residence, vehicle, and business located at xxxxxxxxxxxxxxxxx in Glenarden, Maryland.

19. The search of William's residence revealed one counterfeit $100.00 Federal Reserve Notes serial # DE58718755A; two handguns, one with an obliterated serial number; one stolen AK-47 rifle; $7,314.00 in genuine currency; and miscellaneous financial documents. The counterfeit Federal Reserve Note that was recovered matched the serial number of the notes that were passed at the Sam's Club locations.

20. The search of William's vehicle was conducted at his residence. During the search agents recovered $3,320.00 in genuine currency from the van's back door. No other contraband was recovered from the vehicle.

21. The search of a floor safe at William's business located at xxxxxxxxxxxxxxxxxx Glenarden, MD revealed $8,800.00 in bleached counterfeit $100.00 Federal Reserve Notes (serial #'s ED78718711D and ED78718715D); two loaded handguns, one with an obliterated serial number; and $266.00 in genuine currency. All of the listed items were seized as evidence.

22. On 12/06/05, I spoke with Deserie Comfort with Chevy Chase Bank Corporate Security Branch, who stated that David Williams has several accounts with the bank. According to Comfort, Williams utilizes a safety deposit box (#0590003803) at the Anacostia Chevy Chase Bank located at xxxxxxxxxxxxxxxxxx . Washington 20020. According to the branch manager, Williams accessed his safety deposit box on 12/05/05. Around the same date, Williams authorized another individual to access the safety deposit box.

23. I have reviewed David Wayne Williams's criminal history from the National Crime Information Center (NCIC). This information, as well as records from the Bureau of Alcohol, Tobacco, Firearms and Explosives, reveal that in 1991 Williams sustained a federal conviction for receipt of a firearm by a person under indictment, in violation of 18 U.S.C. § 922(n). This crime is punishable by a term of imprisonment exceeding one year. Records show that Williams received a sentence of thirty months. NCIC records also show that Williams sustained convictions for: (1) possession with intent to distribute marijuana, with a sentence of one year and two years probation; and (2) possession with intent to distribute, with a sentence of twelve years.

24.     I have also reviewed NCIC information regarding some of the firearms found in Williams's home and business.  This information indicates that the Springfield Armory .40 caliber automatic pistol model XD40, serial number US446728, recovered from Williams's residence, was reported stolen from Uniontown, Pennsylvania.  NCIC also indicates that the Saiga 7.62 AK47 assault rifle, serial number H03105299, also recovered from Williams's home, was reported stolen from Uniontown, Pennsylvania.  Both firearms had therefore traveled in interstate commerce prior to being possessed by Williams in Maryland.

25.     On December 12, 2005, United States Magistrate Judge William Connelly of the United States District Court for the District of Maryland issued a warrant for Williams's arrest.  In support of that warrant, I swore out a criminal complaint and supporting affidavit, alleging violations of 18 U.S.C. § 472 (possession of counterfeit currency) and 18 U.S.C. § 922(g)(1) (felon in possession of firearms).  I also obtained a search warrant for Williams's business at xxxxxxxxxxxxxxxxxx , Maryland.  This location is another "No Rulez Laundromat" owned by Williams.

26.     On the afternoon of December 12, I arrested Williams pursuant to the arrest warrant issued by the United States District Court for the District of Maryland.  After his arrest, Williams was asked about the other individual whose name had been added to the Chevy Chase safety deposit box.  Williams acted very nervously when he realized that agents would be seeking to access the box.

27.     On December 13, I contacted Chevy Chase Bank Corporate Security and requested that the bank put a hold on safety deposit box #0590003803, because I would be seeking a search warrant for the box.  Chevy Chase Bank agreed to put a hold on the box until the afternoon of December 13.

## **CONCLUSION**

I respectfully submit that probable cause exists to believe that David Wayne Williams has possessed and uttered counterfeit United States currency, in violation of 18 U.S.C. § 472, and that he has possessed firearms after being convicted of a crime punishable by a term of imprisonment exceeding on year, in violation of 18 U.S.C. § 922(g)(1).  I also respectfully submit that probable cause exists to believe fruits, evidence and instrumentalities of violations of 18 U.S.C. § 472, as detailed in Attachment A, will be found within the Chevy Chase Bank safety deposit box, #0590003803, at the Anacostia Chevy Chase Bank located at xxxxxxxxxxxx Washington 20020.

_____
Adam L. Globerman
Special Agent
United States Secret Service

Subscribed and sworn before me this _____ day of December, 2005.

_____
United States Magistrate Judge

**ATTACHMENT A IN SUPPORT OF SEARCH WARRANT**

**Description of the Items to be Seized**

1. Any material that appears to represent United States currency that may be counterfeit, whether in individual or sheet form, complete or incomplete, as well as any genuine currency that matches the image presented on possible counterfeit currency.

2. Paper products, ink and other items that may be used to reproduce United States currency, as well as any materials that may be used to modify or alter legitimate currency.

3. Printers, copiers, scanners, cameras, printing presses, and other equipment and devices that can be used to reproduce United States currency and other financial instruments.

4. Any other financial instruments, including but not limited to checks, money orders, wire transfers, credit and bank cards or applications for the same, that may be counterfeit, false or not lawfully in the possession of the occupants.

5. Any documents belonging to or relating to the Federal Reserve System, any bank, their customers, their vendors, or similar suppliers of bank property.

6. Any instrument, device, or machine used to create identification cards, check imprinters, laminators, cameras, cutting instruments, or other similar devices used to create false identifications.

7. Any bank records, bank statements, bank receipts, checks, receipts of money transfers, credit card receipts, credit card statements, financial documents, personal identification numbers or other forms of personal identifying information, debit cards, cash cards, or

similar devices indicative of occupancy or indicative of the use of proceeds from illegal activity.

8. Any applications for credit, check cashing privileges, supermarket cards or similar applications for credit or credit approval where fraudulent currency may be distributed.

9. Any and all information, materials and instruments that would assist occupants and visitors in the furtherance of the criminal enterprise of counterfeiting, fraud, forgery, and identity theft. This would include any and all records, notes and documents related to the aforementioned crimes, regardless of their form or the manner of their storage and presentation. This includes but is not limited to information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or other electronic device, including PDAs, iPods and other digital devices, or with the aid of electronic related equipment of any kind. This media includes, but is not limited to computers, diskettes, hard disks, removable cartridges, system RAM, tapes, laser and compact disks, videocassettes, and any other media that is capable of storing magnetic, optical, and/or binary coding. The media also includes electronic devices that are capable of analyzing, creating, converting, receiving, or transmitting electronic and/or magnetic computer impulses or data. These devices include, but are not limited to computers, computer peripherals, word processing equipment, modems, monitors, printers, plotters, optical scanners, encryption circuit boards, hard drives, electronic data organizers, and other computer or electronic-related devices. Additionally, any electronic storage devices that may the information generated by the aforementioned electronic equipment. This includes the right to examine and search any

documentation, equipment and storage media on the scene, as well as to remove items and examine them at other locations.

10. Any evidence indicative of use and/or disposition of the profits and/or gains from fraud, theft, forgery, identity theft, credit card theft, credit card fraud, credit card forgery, false pretenses, or fruit of any criminal activity.

11. Any evidence, regardless of form, that identifies possible accomplices or co-conspirators in illegal activity. This includes address and or telephone books, Rolodex indices and any papers or electronic media reflecting of containing names, addresses, telephone numbers and other forms of identification.

12. This includes the right to open and search any containers, boxes, briefcases and other places where materials may be stored, as well as any related storage areas, regardless of their nature, located on or associated with the premises.