AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Safe Deposit Number 0590003803
located at the Anacostia Branch, Chevy Chase Bank
2831 Alabama Avenue. S.E., Washington, D.C. 20020

**SEARCH WARRANT**

CASE NUMBER: 05 - 662M-01

TO: __Special Agent Adam Globerman__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Adam L. Globerman_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Safe Deposit Box 0590003803 located at the Anacostia Branch, Chevy Chase Bank, 2831 Alabama Avenue, S.E., Washington, D.C. 200020

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

counterfeit U.S currency, counterfeit paraphernalia, U.S. currency and materials utillized in counterfeiting process.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _December 23, 2005_
                                                                     (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 13 2005

at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12/13/05 | 12/14/05 - 0930 | |

INVENTORY MADE IN THE PRESENCE OF    SA A. Globerman

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Please see attached evidence inventory form

**FILED**

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_    12/14/05

Subscribed, sworn to, and returned before me this date.

_[signature]_    12/15/05
U.S. Judge or U.S. Magistrate Judge    Date

Department of Police
~~Montgomery County, Maryland~~
U.S. Secret Service

# EVIDENCE INVENTORY FORM

MCP 558
Rev. 2/99

Chevy Chase Bank
2831 Alabama Ave. S.E. WDC

Page 1 of 1

| Item # | Primary Location: |
|---|---|
| 1 | Specific Location: SAFE DEPOSIT BOX |
| Exhibit # | Description of Item(s) Seized: $20,002.00 in genuine cash |

| Item # | Primary Location: |
|---|---|
| 2 | Specific Location: SAFE DEPOSIT BOX |
| Exhibit # | Description of Item(s) Seized: Chevy Chase Bank FSB - Safe Deposit Box Lease |

| Item # | Primary Location: |
|---|---|
|  | Specific Location: |
| Exhibit # | Description of Item(s) Seized: |

Function Code: 611
CALEA: 42.2.3.d
Proponent Unit: FSB and ISB Admin.

PREPARER'S INITIALS_____

Distribution
Original: Issuing Judge
Yellow: Officer
Pink: Recipient